NICHOLAS J. BOOS, Bar No. 16047
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:   (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

Designation for Service Only:
Adam Pernsteiner, Nevada Bar No. 7862
Kearney Puzey Damonte Ltd.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
apernsteiner@nvlawfirm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL RYAN JORDAN, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>LIBERTY INSURANCE CORPORATION;<br>DOE DEFENDANTS 1 THROUGH 5<br>inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-00535-GMN-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO REMAND** |

Plaintiff Mitchell Ryan Jordan ("Plaintiff") and Defendant Liberty Insurance Corporation ("Defendant"), by and through their attorneys of record, hereby stipulate and agree to extend the due date for Defendant's response to Plaintiff's Motion to Remand ("Motion"). (ECF 7.) The parties stipulate and agree that the deadline for filing a response to the Motion be extended one week, to May 6, 2025. This stipulation for extension is not intended for purposes of delay. The parties hereto respectfully request that a one week extension to respond to the Motion be granted.

Dated: April 29, 2025                        MAYNARD NEXSEN LLP

                                             /s/ Nicholas J. Boos
                                             NICHOLAS J. BOOS
                                             Attorneys for Defendant
                                             LIBERTY INSURANCE CORPORATION

Dated: April 29, 2025                        THE FELDMAN FIRM, P.C.

                                             /s/ David J. Feldman
                                             DAVID J. FELDMAN
                                             Attorneys for Plaintiff
                                             MITCHELL RYAN JORDAN

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE
**Dated: April _30_, 2025.**

# PROOF OF SERVICE

STATE OF CALIFORNIA                )
COUNTY OF SAN FRANCISCO            )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO REMAND**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

David J. Feldman, Esq.
John C. Dorame, Esq.
Rachel J. Holzer, Esq.
THE FELDMAN FIRM, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
Tel: (702) 949-5096
Fax: (702) 949-5097
Email: dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
rholzer@feldmanattorneys.com

*Attorneys for Plaintiff*

**[X]   BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 29, 2025, in San Francisco, California.

_____
Brian Day