David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmanattorneys.com
*Attorneys for Plaintiff*
*Mitchell Ryan Jordan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL RYAN JORDAN, an individual, | |
| Plaintiff, | Case No.: 2:25-cv-00535-GMN-DJA |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LIBERTY INSURANCE CORPORATION; DOE DEFENDANTS 1 THROUGH 5 inclusive, | |
| Defendants. | |

The parties, Plaintiff Mitchell Ryan Jordan, by and through his attorney of record, David J. Feldman of The Feldman Firm, and Defendant Liberty Insurance Corporation, by and through its attorney of record, Nicholas J. Boos, Esq. of Maynard Nexsen LLP, hereby stipulate that the above-entitled action shall be dismissed in its entirety, with prejudice, and each party to bear its own attorneys'

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  fees and court costs.

2      IT IS SO STIPULATED.

3  Dated: 7/11/2025                      Dated: 7/11/2025
   **THE FELDMAN FIRM**            **MAYNARD NEXSEN LLP**

By: /s/ David Feldman            By: /s/ Nicholas J. Boos
David J. Feldman, Esq., NBN 5947     NICHOLAS J. BOOS, NBN 16047
8831 West Sahara Avenue            Two Embarcadero Center, Suite 1450
Las Vegas, Nevada 89117            San Francisco, California 94111
*Attorneys for Plaintiff*                Telephone: (415) 646-4700
*Mitchell Ryan Jordan*                nboos@maynardnexsen.com
                                             *Attorneys For Defendant*
                                             *Liberty Insurance Corporation*

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2025